United States District Court
Southern District of Texas
**ENTERED**
March 24, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA P. TREVINO,<br>　　Plaintiff,<br><br>v.<br><br>IEA CONSTRUCTORS, LLC, ET AL.,<br>　　Defendants. | § § § § § § § § § § § Civil Action No. 1:20-cv-00030 |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' "Agreed Rule 41(a)(1)(A)(ii) Dismissal by Stipulation with Prejudice" (Dkt. No. 16). Accordingly, Maria Trevino's claims against Defendants are **DISMISSED WITH PREJUDICE**. The parties will bear their own attorney fees, expenses, and costs of the Court. The District Clerk's Office is **ORDERED** to close this case.

Signed on this 24th day of March, 2021.

_____
Rolando Olvera
United States District Judge